CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 29 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TROY PETERSON, | ) | CASE NO. 7:17CV00131 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| DR. HAPPY SMITH, ET AL., | ) | By: Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); the pending motions (ECF Nos. 22 and 31) are **DISMISSED without prejudice**; and the action is **STRICKEN** from the active docket of the court.

ENTER: This 29th day of August, 2017.

/s/ Glen E. Conrad
United States District Judge